

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00424-CV

**UNITED METHODIST RIO TEXAS CONFERENCE BOARD OF TRUSTEES**,
Appellant

v.

**ALICE FIRST METHODIST CHURCH** f/k/a First Methodist Church of Alice, Texas; Aransas Pass Methodist f/k/a First United Methodist Church of Aransas Pass; Asbury Corpus Methodist Church f/k/a Asbury United Methodist Church; Barksdale Methodist Church f/k/a First United Methodist Church of Barksdale; First Methodist Church of Burnet Texas f/k/a First United Methodist Church of Burnet, Texas; Dewville Methodist Church f/k/a Dewville United Methodist Church; Dripping Springs Methodist Church f/k/a, Dripping Springs First United Methodist Church, Inc.; First Methodist Church of Eldorado f/k/a First United Methodist Church of Eldorado; First Methodist Church Ganado Inc.; First Methodist Church Harlingen, Texas, Inc. f/k/a First United Methodist Church of Harlingen, Texas, Inc.; Ingleside Methodist Church f/k/a Ingleside United Methodist Church, Ingleside, Texas; Karnes City Methodist Church f/k/a United Methodist Church Incorporated, Karnes City, Texas; New Life Methodist Church f/k/a First United Methodist Church of La Grange, Texas; Lampasas Methodist Church f/k/a First United Methodist Church of Lampasas, Incorporated; Lutie Watkins Memorial Methodist Church f/k/a Lutie Watkins Memorial United Methodist Church; Louise Methodist Church f/k/a Louise United Methodist Church; First Methodist Church of Lyford f/k/a First United Methodist Church of Lyford; Mertzon Methodist Church f/k/a First United Methodist Church of Mertzon, Texas; First United Methodist Church of Mission, Texas, Inc.; Raymondville Methodist Church f/k/a First United Methodist Church of Raymondville; Rio First Church f/k/a First United Methodist Church of Rio Grande City; First Methodist Church, Rocksprings, Texas f/k/a First United Methodist Church, Rocksprings, Texas; First Methodist San Saba f/k/a First United Methodist Church of San Saba; Methodist f/k/a First United Methodist Church, Inc. of Taft, Texas; First United Methodist Church, George West; Iglesia Metodista El Buen Pastor; Leakey United Methodist Church, Incorporated n/k/a Leaky Methodist Church, Incorporated; and Wesley Methodist Church of Harlingen, Texas,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI09762
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against the appellant United Methodist Rio Texas Conference Board of Trustees.

SIGNED October 29, 2025.

_____
Irene Rios, Justice